IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

TRACY L. NORVILLE,

Defendant

**NO. 5: 08-MJ-11-04 (CWH)**

RE: VIOLATION OF PROBATION

## O R D E R

Defendant TRACY L. NORVILLE this day appeared before the undersigned with legal counsel, Ms.Catherine M. Leek of the Federal Defenders Office, for a hearing on a PETITION FOR ACTION ON PROBATION filed by U. S. Probation Officer Michael E. Thomas.  The government was represented at the hearing by Special Assistant U. S. Attorney Elise Louise Jones.  With assistance of counsel, defendant NORVILLE tendered a plea of guilty to the allegations set forth in the Petition, admitting under oath that she has violated conditions of probation imposed upon her by the undersigned on May 18, 2009.  The undersigned accepted Ms. NORVILLE's plea of guilty, found a factual basis for accepting her plea,  and disposed of said petition as follows:

### Accordingly, IT IS ORDERED AND DIRECTED:

(1) that defendant NORVILLE's probation is REVOKED and she is SENTENCED to the custody of the Bureau of Prisons for a period of **THREE (3) MONTHS**;

(2) that she shall pay any outstanding mandatory assessment fee and fine heretofore imposed upon her;

(3) that **NOTWITHSTANDING THE FOREGOING**, the imprisonment portion of said sentence of revocation is **SUSPENDED** until further order of the court, and defendant NORVILLE shall continue on probation supervision subject to all conditions of supervision imposed upon her in the court's judgment of May 18, 2009; and,

(4) that IN THE EVENT OF NON-COMPLIANCE, the sentence of imprisonment hereinabove stated will be imposed FORTHWITH based solely upon the violations admitted to this day by defendant NORVILLE at the plea hearing.

SO ORDERED AND DIRECTED, this 8th day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE