IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 08-MJ-11-04 (CWH) |
| **TRACY NORVILLE,** | VIOLATION(S): DUI |
| Defendant | |

## O R D E R

IT APPEARING that defendant TRACY NORVILLE has completed her term of probation supervision herein, she is hereby DISCHARGED from any further supervision by the court. However, she shall remain responsible for any outstanding amounts due on the mandatory assessment fee and fine heretofore imposed upon her.

SO ORDERED AND DIRECTED, this 18th day of MAY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE